UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John M. Smith,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D.O.N., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00484-ART-EJY<br><br>**ORDER** |

　　　　Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 together with his Financial Certificate and inmate trust fund account statement on March 11, 2024. ECF Nos. 1, 1-1. Plaintiff neither paid the $405 filing fee for a civil action nor filed an application to proceed *in forma pauperis*. If Plaintiff wants to proceed without prepaying the filing fee he may do so under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. To apply for *in forma pauperis* status Plaintiff must submit **three** required documents to the Court. These include: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff having submitted the Financial Certificate and the inmate trust fund account statement, **must** file with the Court a complete **Application to Proceed *in forma pauperis* for Inmate** on or before **April 15, 2024**.

　　　　IT IS FURTHER ORDERED that failure to file a complete Application to Proceed *in forma pauperis* application to proceed *in forma pauperis* on or before **April 15, 2024**, may result in a recommendation to dismiss this action **without prejudice**.

　　　　IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), the Financial Certificate, and the inmate trust fund account statement, but will not file them at this time.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form **application to proceed** *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 14th day of March, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2